# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 98-10283
Summary Calendar

---

ALLEN KEITH WEBB,

Plaintiff-Appellant,

versus

TARRANT COUNTY, TEXAS;
TARRANT COUNTY SHERIFF'S DEPARTMENT,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:98-CV-152-A

---

March 9, 1999

Before POLITZ, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

Allen Keith Webb, #444950, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint, pursuant to 28 U.S.C. § 1915A. Webb alleged that (1) the defendants subjected him to cruel and unusual punishment by failing to evacuate him and his fellow inmates in the face of a bomb threat, in violation of the Eighth Amendment; (2) he was denied access to the courts; (3) he was retaliated against for exercising his constitutional rights; (4) he was denied his equal protection and due process rights; and (4) his personal property was confiscated.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and Webb's brief on appeal and AFFIRM the judgment of the district court.  See Ruiz v. United States, 160 F.3d 273, 275 (5th Cir. 1998).

AFFIRMED.